SLIP OP. 99-38

# UNITED STATES COURT OF INTERNATIONAL TRADE

NOVUS INTERNATIONAL, INC., DEGUSSA
CORPORATION, AND RHONE-POULENC
ANIMAL NUTRITION,

        Plaintiffs,

        v.

: Court No. 99-01-00007

UNITED STATES,

        Defendant.

## ORDER

Upon consideration of the CONSENT MOTION FOR AFFIRMANCE

OF AGENCY REDETERMINATION, the Final Results of Redetermination Pursuant to

Court Remand issued by the Department of Commerce, International Trade

Administration, and all other papers and proceedings herein, it is hereby:

    **ORDERED**, that the motion is granted, and it is further

    **ORDERED**, that the Final Results of Redetermination Pursuant to Court Remand

are hereby affirmed, and it is further

    **ORDERED** that the case is hereby dismissed.

    **SO ORDERED.**

                           Gregory W. Carman
                                Chief Judge

Dated: April 22, 1999
      New York, New York